**I.A. SCHULTE CONTRACTING CO., Respondent,**

v.

**Richard MARION, Appellant.**

No. 50766.

Missouri Court of Appeals, Eastern District, Division Six.

Jan. 27, 1987.

Daniel J. Gralike, Clayton, for appellant.

Dennis Tesreau, Hillsboro, for respondent.

ORDER

PER CURIAM:

Civil action for damages upon a breach of contract.

Judgment affirmed. Rule 84.16(b).